UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NICOLE SMITH, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PLANNED PARENTHOOD OF )<br>THE ST. LOUIS REGION, et al., )<br>)<br>Defendant. ) | Case No. 4:03CV1727 TCM |

### ORDER

   On December 9, 2003, United States Magistrate Judge Thomas C. Mummert entered an order of recusal that directs the Clerk of Court to direct assign the above styled cause to United States District Judge Charles A. Shaw.

   Accordingly,

   IT IS HEREBY ORDERED that the above styled cause is direct assigned to UNITED STATES DISTRICT JUDGE CHARLES A. SHAW for all further proceedings.


December 10, 2003                          By: /s/Lori Miller-Taylor, Chief Deputy Clerk
DATE                                       JAMES G. WOODWARD
                                                    CLERK OF COURT


**In all future documents filed with the Court, please use the following case number: 4:03CV1727 CAS.**