UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NICOLE SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:03-CV-1727 CAS |
| ) | |
| PLANNED PARENTHOOD OF THE ) | |
| ST. LOUIS REGION, PLANNED ) | |
| PARENTHOOD FEDERATION OF ) | |
| AMERICA, and FICTITIOUS PARTIES ) | |
| A-M, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiff's claims in Counts IV and V of the Amended Complaint are **DISMISSED** for failure to state a claim upon which relief can be granted. See Rule 12(b)(6), Fed. R. Civ. P.

In the alternative, **IT IS FURTHER ORDERED** that plaintiff's claims in Counts IV and V of the Amended Complaint are **DISMISSED** without prejudice for failure to prosecute.

Costs are assessed against plaintiff.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  21st  day of September, 2005.